# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33**

May 25, 2023

*By the Court*:

| | |
|---|---|
| No. 23-1309 | DRAMATIC PUBLISHING COMPANY,<br>Petitioner - Appellee<br><br>v.<br><br>ESTATE OF NELLE HARPER LEE, by and through its personal representative TONJA CARTER, and HARPER LEE, LLC,<br>Respondent - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05541<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order.

form name: **c7_Order_CR33**   (form ID: **186**)