No. 23-1309

# In the
# United States Court of Appeals
# for the Seventh Circuit

**THE ESTATE OF NELLE HARPER LEE,**
BY AND THROUGH ITS PERSONAL REPRESENTATIVE, **TONJA CARTER,** AND
**HARPER LEE, LLC,**

*Appellants/Respondents*

v.

**THE DRAMATIC PUBLISHING COMPANY,**

*Appellee/Petitioner.*

On Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:21-cv-05541-MFK

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellants Estate of Nelle Harper Lee, by and through its personal representative Tonja Carter, and Harper Lee, LLC and Appellee The Dramatic Publishing Company jointly stipulate to the dismissal of this appeal with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ *Kevin Tottis (w/ permission)*
Kevin Tottis
Keith M. Stolte
TottisLaw
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
(312) 527-1400 (telephone)
(312) 589-7192 (facsimile)
ktottis@tottislaw.com
kstolte@tottislaw.com

*Attorneys for Appellee The Dramatic Publishing Company.*

/s/ *David G. Hymer*
David G. Hymer
Riley A. McDaniel
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
dhymer@bradley.com
rmcdaniel@bradley.com

*Attorneys for Appellants the Estate of Nelle Harper Lee and Harper Lee, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF.

/s/ David G. Hymer
*Attorney for Appellants The Estate of Nelle Harper Lee and Harper Lee, LLC*