# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 4, 2025

*By the Court*:

| | |
|---|---|
| No. 23-1309 | DRAMATIC PUBLISHING COMPANY,<br>Petitioner - Appellee<br><br>v.<br><br>ESTATE OF NELLE HARPER LEE, by and through its personal representative TONJA CARTER, and HARPER LEE, LLC,<br>Respondent - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05541<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

    Upon consideration of the **JOINT STIPULATION OF VOLUNTARY DISMISSAL**, filed on September 4, 2025, by counsel for the parties,

    **IT IS ORDERED** that this appeal is voluntarily **DISMISSED**. See Fed. R. App. P. 42(b).

    **IT IS FURTHER ORDERED** that oral argument, scheduled for September 5, 2025, is **VACATED**.

form name: **c7_FinalOrderWMandate**     (form ID: **137**)